# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 18, 2005

127730-1

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES SCHENDEN AND
CAROLYN SCHENDEN

     Plaintiffs-Appellees,

V

ADDISON TOWNSHIP AND
ADDISON TOWNSHIP ZONING
BOARD OF APPEALS,

     Defendants-Appellants.

_____

SC: 127730-1
COA: 244389, 245805
Oakland CC: 01-028622-AA

     On order of the Court, a stipulation signed by counsel for the parties agreeing to the dismissal of the application for leave to appeal is considered and the application for leave to appeal is DISMISSED with prejudice and without costs.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 18, 2005                                               
                                                 Clerk